OFFICE OF DISCIPLINARY COUNSEL *v.* GOSLING.

[Cite as *Disciplinary Counsel v. Gosling* (1997), 79 Ohio St.3d 113.]

(No. 97–438—Submitted April 16, 1997—Decided June 25, 1997.)

114

*Geoffrey Stern,* Disciplinary Counsel, and *Sally Ann Steuk,* Assistant Disciplinary Counsel, for relator.

*Per Curiam.* We adopt the findings, conclusions, and recommendations of the board. Respondent is suspended from the practice of law for twenty-four months, but twelve months of that suspension are stayed, provided that during

the two-year period respondent comply with the conditions recommended by the board. Costs are taxed to the respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.